UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP LEE BOYER,

                Plaintiff,

v.

NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,

                Defendant.

Case No. C18-5263 RAJ

**ORDER DENYING MOTION TO FILE EXCESS PAGES**

Plaintiff moves for leave to file an over-length Opening Brief. Dkt. 13. In support of this request, Plaintiff states that additional pages are necessary because

> the record herein is large, and comprised of 841 pages, containing medical records, vocational records, lay witness statements, multiple medical and psychological evaluations, and other records relevant to Plaintiff's claim herein. In order for Plaintiff to adequately address the multiple errors made by the ALJ, further pages than the 18 allowed by the local rules are required.

*Id.* This explanation describes most, if not all, Social Security cases, and a record of that size is typical. Plaintiff has presented nothing showing this case is unusually complicated or presents novel issues to justify granting the request. The Court therefore **ORDERS**:

(1)     Plaintiff's motion to file an over-length brief (Dkt. 13) is DENIED.

(2)     Plaintiff's proposed Opening Brief filed on July 1, 2018, (Dkt. 13-1) is STRICKEN from the record.

ORDER DENYING MOTION TO FILE EXCESS PAGES - 1

(3) As provided in the Scheduling Order, Plaintiff shall file an Opening Brief of 18 pages or less no later than July 13, 2018.  Defendant's Response Brief is due no later than August 10, 2018.  Plaintiff's Reply Brief is due no later than August 24, 2018.  *All briefs must conform to the requirements set forth in the Court's Scheduling Order* (Dkt. 12).

DATED this 3rd day of July, 2018.

_____
The Honorable Richard A. Jones
United States District Judge