UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

PHILLIP LEE BOYER,

                Plaintiff,

    v.

NANCY A. BERRYHILL, Deputy
Commissioner of Social Security for Operations,

                Defendant.

Case No. C18-5263 RAJ

**ORDER GRANTING LEAVE TO WITHDRAW AND REFILE PLAINTIFF'S REPLY**

This matter comes before the Court on Plaintiff's unopposed Motion to Withdraw and

Re-file Corrected Reply Brief.  Dkt. 18.  The motion is hereby GRANTED.

DATED this 14th day of August, 2018.

           /s/Richard A. Jones
           RICHARD A. JONES
           United States District Judge

ORDER GRANTING LEAVE TO WITHDRAW AND REFILE
PLAINTIFF'S REPLY - 1